United States District Court
Southern District of Texas
ENTERED

JUL 1 3 2010

David J. Bradley, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -**

United States District Court
Southern District of Texas
FILED

JUL 1 2 2010

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-10-278 |
| | § | |
| JUAN CASTILLO-TREJO | § | |

## ORDER

BE IT REMEMBERED on this 12 day of July, 2010, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed April 14, 2010, wherein the defendant Juan Castillo-Trejo waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Juan Castillo-Trejo to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Juan Castillo-Trejo guilty of the offense of alien unlawfully being present in the United States after having been deported, in violation of 8 U.S.C. 1326(a).

SIGNED this the 12 day of July, 2010.

Hilda G. Tagle
United States District Judge